UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMBA DIALLO,

Petitioner,

v.

MATTHEW PUTRA et al.,

Respondents.
______________________________/

Case No. 1:26-cv-2630

Honorable Jane M. Beckering

**ORDER**

Petitioner, a United States Immigration and Customs Enforcement (ICE) detainee initiated this action by filing a counseled combined petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Pet., ECF No. 1.) In Petitioner's petition, he states that he is detained at the North Lake Processing Center located in Baldwin, Lake County, Michigan. (*Id.*, PageID.3.) In an order entered on September 30, 2026, the Court directed Respondents to show cause, within three business days, why the writ of habeas corpus and other relief requested by Petitioner should not be granted. (Order, ECF No. 4.) On October 5, 2026, the day that Respondents' response was due pursuant to the Court's order to show cause, Petitioner filed a motion to transfer this matter to the Eastern District of Michigan. (Pet'r's Mot., ECF No. 5.) Petitioner's motion provides no explanation as to whether venue would be proper in the Eastern District. (*See id.*) Respondents have not filed a response to the order to show cause and have not yet filed a response to Petitioner's motion.

Under these circumstances, based on the record presently before the Court, there is no information to suggest that this case could be properly transferred to the United States District Court for the Eastern District of Michigan.

Accordingly,

**IT IS ORDERED** that within three business days, Respondents shall submit a written response to Petitioner's motion to transfer to the Eastern District of Michigan.

**IT IS FURTHER ORDERED** that Petitioner shall file a written reply on or before the second business day after Respondents file their response to the motion to transfer. No further briefing will be permitted at this time.

Dated: October 15, 2026

/s/ Jane M. Beckering
Jane M. Beckering
United States District Judge